**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7754**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY JENKINS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief District Judge.  (CR-96-358, CA-00-2392-3-17)

─────────────

Submitted:  February 28, 2001          Decided:  March 19, 2001

─────────────

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Larry Jenkins, Appellant Pro Se.  Scott Newton Schools, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Jenkins seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Jenkins</u>, Nos. CR-96-358; CA-00-2392-3-17 (D.S.C. Nov. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>